S1

In The United States District Court
For The Middle District of Pennsylvania

Jones,
Plaintiff,

v.

Herbert Ruquet, John Beitman, Dominick Derose, Steve Smith, Tim Good
Jill Cufforo, Elizabeth A. Nichols
Defendants,

FILED
SCRANTON

OCT 0 2 2012

PER _____
DEPUTY CLERK

Declaration of
Equan A. Jones

Civil Action No.
3/12-cv-1961

Equan A. Jones hereby declares:

1. I have been incarcerated @ Dauphin County Prison since 10·28·11. Since I first reported the sexual misconduct of Herbert Ruquet and negligence of John Beitman on 11·22·11 my grievances have all been denied. I have reported and made a criminal complaint to the Criminal Investigation Division of the District Atty's Office of Dauphin County of which no charges have been filed due to the lack of evidence.

2. There has been an obvious coverup of all video evidence which was admittedly erased by Lt. Steve Smith after he & Lt. Tim Good told C.I.D. that no video evidence ever existed. The prison refuses to answer many of my grievances pertaining to video evidence. And alot of decisions from Dauphin County Prison Administration and Dauphin County Administration contain statements toward me saying that I "have no standing" to complain of this situation.

3. I am constantly being put in psychological and emotional danger by being placed on the same block that Herbert Ruquet works. I am on psych meds and in constant fear of Herbert Ruquet & John Beitman

32

taliating against or having other inmates retaliate against me.

I have been threatened by inmates, labled as a snitch and called a homosexual, rat, faggot, taxi (because of the yellow color of the protective custody uniform that I must wear) I am not allowed to attend Jumuah with the other muslim inmates on Friday and cannot complete the requirements for parole acted on me by my sentencing judge.

My wife has asked for a divorce and I have tried to make her stay but she has asked me for a divorce and I have tried to make her stay but on May 16th, 2012 I granted her wish and gave her a divorce. She has asked me if I am a homosexual and says that she could not do this.

If I am forced to alert D.C.P. officials to my pursuit of a lawsuit without the assistance of the court my mail will be interrupted and I may end up in Administrative Segregation.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed @ Harrisburg, Pa. on June 12, 2012.

Equan A. Jones    Eq A. J.