UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED SCRANTON
JUN 07 2013
PER _____ DEPUTY CLERK

EQUAN ANWAR JONES, :
:
    Plaintiff :
:
v. : CIVIL NO. 3:CV-12-1961
:
HERBERT RUQUET, et al., : (Judge Kosik)
:
    Defendants :

## ORDER

**NOW, THIS** 7th **DAY OF JUNE, 2013**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion to proceed in forma pauperis (Doc. 4) is construed to be a motion to proceed without full prepayment of the filing fee and is **granted**.

2. Plaintiff's motions seeking the appointment of counsel (Docs. 2, 20) are **denied without prejudice**.

3. Plaintiff's request for default (Doc. 9) and motion to serve one defendant one behalf of all defendants (Doc. 13) are **denied**.

4. The declarations submitted by Plaintiff and appearing on the docket **shall be stricken** by the Clerk of Court and returned to Plaintiff. (Docs. 16, 17 and 21.)

5. The Clerk of Court is directed to provide a copy of the complaint, memorandum in support thereof and this memorandum and order to the United States Marshal for service upon the defendants named therein.

                                                EDWIN M. KOSIK
                                              United States District Judge